United States District Court
Southern District of Texas
**ENTERED**
July 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIBEL FLORES, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-00718 |
| FIESTA MART, LLC, | § § § | |
| Defendant. | § § | |

# **ORDER**

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on June 16, 2022. Doc. #23. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, Defendant Fiesta Mart, LLC's Motion for Summary Judgment (Doc. #15) is GRANTED, and Plaintiff's case is DISMISSED.

It is so ORDERED.

JUL 0 5 2022
Date

The Honorable Alfred H. Bennett
United States District Judge